UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOON BUM YOO,

     Plaintiff,

                               Case No. 1:25-cv-786

v.

                               HONORABLE PAUL L. MALONEY

GRUPO MCONTIGO S.L.,

     Defendant.

_____/

## **JUDGMENT**

In accordance with the Opinion and Order entered on February 13, 2026 (ECF No. 15) and the Notice of Voluntary Dismissal of the remaining claim filed by Plaintiff Joon Yoo on this date (ECF No. 17):

**IT IS HEREBY ORDERED** that Judgment is entered.

Dated:  March 9, 2026                    /s/ Paul L. Maloney_____
                                       Paul L. Maloney
                                       United States District Judge